# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Ervin_____Sylvester_____Nate_____
               Last Name                    First                       Middle

SIGNATURE _____[signature]_____    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Ritz            Robert            John

               Last Name            First            Middle

SIGNATURE    _DocuSigned by:_    [signature]    FC835FFF0D164E3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME         Dorsaint            Delano            N/A

           Last Name            First            Middle

SIGNATURE      *DocuSigned by:*

           B770B1BF8FEF40B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Abbey_____George_____A_____

            Last Name                    First                    Middle

SIGNATURE _____[signature: Signed by: DF16817EB4D542D...]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Acevedo        Geraldo        Jerry
            Last Name         First         Middle

SIGNATURE     *Signed by:*   [signature]   C0AA161282264CE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Acquaye            Matilda            A

             Last Name            First            Middle

SIGNATURE      DocuSigned by:

             9EA41166848A40F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____
          Adames                    Ashlyn                    Minely
        Last Name                    First                    Middle


SIGNATURE _____
          Signed by:
          Ashlyn Adames
          70D1CBEE48EF489...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Aguilar        Harry        Edward
            Last Name        First        Middle

SIGNATURE     Signed by:
            A62B4B24B2A4463...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Alexandre_____Kenny_____N/A_____
           Last Name                    First                    Middle

SIGNATURE _____[Signed by: AA897491061B42D...]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Alghaithy_____Adam_____N_____
              Last Name                    First                        Middle

SIGNATURE _____
              DocuSigned by:
              [signature]
              EA88F8AC35CE43B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Ali_____Giselle_____Nadine_____
              Last Name              First                 Middle

SIGNATURE _____    _____
          Signed by:
          110EAD74C483409...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Alston             Wade             Anthony
                Last Name             First             Middle

SIGNATURE     Signed by:

BBF73662A8AC45C...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____
Altamirano     Kevin     Adrian

    Last Name      First      Middle

SIGNATURE _____

E84D46CEA58A456...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Alvear        Richard        Mariano
         Last Name        First        Middle

SIGNATURE    *Richard M. Alvear*
     DocuSigned by:
     887A93933D0E49B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____
    Anavitate                    Nestor                    Jesus
           Last Name                      First                      Middle


SIGNATURE _____  _____
       Signed by:
       487E0FABB5D9452...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Anderson        Corie        Shirif
            Last Name        First        Middle

SIGNATURE    DocuSigned by:
          DB1FDDB4BEF3414...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Anderson           Rodrick           Nicholas
            Last Name            First            Middle

SIGNATURE    
DocuSigned by:
652C91D7ABD341B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Arboleda             Ryan                 N/A
                    Last Name              First                Middle

SIGNATURE    
DocuSigned by:
*[signature]*
0376C7DB1CB1463...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Arfento_____Charles_____Joseph_____
                    Last Name                First              Middle

SIGNATURE _____

DocuSigned by:
808634303E9D4DD...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Arnoux            Rodney            None
              Last Name            First            Middle

SIGNATURE     Signed by: _____
               950064369E05408...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ____Arzu_____Andres_____N/A_____
                        Last Name                   First                 Middle

SIGNATURE _____Signed by: Andres Arzu_____
                           37CC0723450A404...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Asaro_____Salvatore_____Paul_____
            Last Name                        First                        Middle

SIGNATURE _____ *Salvatore Asaro* _____
                  DocuSigned by:
                  9BEB3FD5975B4B8...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Asberry           Jor-El           Hutchins
           Last Name           First           Middle

SIGNATURE    *Signed by:*
054C6D62D8B0401...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Augustin_____Jean_____Raymond_____
　　　　　　　　　Last Name　　　　　　　　　　First　　　　　　　　　　　　Middle

SIGNATURE _____    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____
            Shara Joy                       Aya                              R
              Last Name                      First                         Middle

SIGNATURE _____
DocuSigned by:
997D50EE4831480...