IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERVIN SYLVESTER, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, NEW YORK,<br><br>　　　Defendant. | Case No. 1:25-cv-04365 |

**NOTICE OF FILING CONSENTS TO JOIN**

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. ROYLYNDHA GARDNER
2. JUSTIN GATGIULO
3. STEVE GAUVY
4. STEVEN GAZINSKI
5. NOELLE GEORGE
6. RIMOUN GHATAS
7. MICHAEL GIACALONE
8. LUIS GIL
9. DANIEL GITEL
10. GILBERT GOGA
11. JAMES GONSALVES
12. DIANNE GONZALEZ
13. RAFAEL GONZALEZ
14. YOJANA GONZALEZ
15. CHARLENE GORDON
16. DAVID GORDON
17. RAYMOND GRANBY
18. EUSI GRANNUM
19. ABUBAKAR GRANT
20. DOZIER GRANT
21. ROB GREENFIELD
22. JOSE GUARTAN
23. ZIYHANI HAMILTON

1

24. EMMANUEL HARRIS
25. MAURICE HARRIS

The Consent to Sue forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: May 27, 2025                          Respectfully submitted,

*/s/ Hope Pordy*
Hope Pordy
SPIVAK LIPTON LLP
1040 Avenue of the Americas, 20th Flr
New York, NY 10018
Phone: (212) 765 2100
hpordy@spivaklipton.com

*/s/ Gregory K. McGillivary*
Gregory K. McGillivary
Diana J. Nobile
Rachel B. Lerner
MCGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

/s/ *Hope Pordy*
Hope Pordy