# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Gardner            Roylyndha            K
                Last Name               First              Middle

SIGNATURE      *Signed by:* R. Gardner      F190FA477D4941C...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Gatgiulo            Justin            Scott

           Last Name            First            Middle

SIGNATURE    *Signed by:* B2FB4113A31E41F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Gauvy_____Steve_____N/A_____
            Last Name              First               Middle

SIGNATURE _____*Steve Gauvy*_____
          DocuSigned by:
          C8ACBE12ED5140A...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Gazinski        Steven        Robert
        Last Name         First         Middle

SIGNATURE      DocuSigned by:

78F6CC50F1E849E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     George             Noelle             M
               Last Name             First             Middle

SIGNATURE     *DocuSigned by:* [signature] 8814B1D5D2A5449...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Ghatas         Rimoun         None
         Last Name         First         Middle

SIGNATURE    Signed by:    5DD0115F97D049F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Giacalone          Michael          Vincent

             Last Name           First           Middle

SIGNATURE     Signed by:
         *Michael Giacalone*
         966DE587083A40B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Gil_____Luis_____Manuel_____
                    Last Name                First                    Middle


SIGNATURE _____ / _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____
            Gitel                    Daniel                    E
        Last Name                    First                    Middle

SIGNATURE _____

DocuSigned by:

6DF733B39E484C3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Goga_____Gilbert_____N/A_____
                    Last Name                    First                    Middle


SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    GonSalves          James          Robert
             Last Name            First            Middle

SIGNATURE    Signed by:
            6739FBBBFFCA43D...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Gonzalez_____Dianne_____N/A_____
              Last Name                  First                          Middle

SIGNATURE _____
              Signed by:
              *Dianne Gonzalez*
              2E2D382EE8EE4BA...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Gonzalez        Rafael        Angel

            Last Name         First         Middle

SIGNATURE      Signed by:

F04BFB6C84334DC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Gonzalez_____Yojana_____N/A_____
         Last Name              First                  Middle

SIGNATURE _____     _____
            DocuSigned by:
            485669E00D954DA...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Gordon          Charlene          Anita
            Last Name          First          Middle

SIGNATURE     *Signed by: Charlene*
A212FD9588DC479…

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___David_____Gordon_____A_____
              Last Name                          First                                  Middle

SIGNATURE _____    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Granby           Raymond           None
          Last Name           First           Middle

SIGNATURE _____

DocuSigned by:
B23E9591CBFF4FB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Grannum            Eusi            K
              Last Name             First             Middle

SIGNATURE     Signed by:
C7A8F0771D1E4C8...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Grant              Abubakar              K
            Last Name              First              Middle

SIGNATURE    _DocuSigned by:_

09E97D63ED1947A...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Grant            Dozier            A
               Last Name            First            Middle

SIGNATURE    Signed by: *[signature]* 0552A3B4B8BA459...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Greenfield_____Rob_____Joseph_____
                Last Name                    First                    Middle

SIGNATURE _____
Signed by:
3104BA8D83F2471...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ GUARTAN _____ JOSE _____ L _____
              Last Name                              First                          Middle

SIGNATURE _____ *Signed by:*
                  *Jose Guartan* _____
                  ADF5DAE20BCF4EC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   ___Ziyhani_____Hamilton_____Myrtis_____
                 Last Name                              First                              Middle

SIGNATURE   _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Harris_____Emmanuel_____Miguel_____
         Last Name                          First                          Middle

SIGNATURE ____Emmanuel Harris_____
                    Signed by:
                    03EB914A002A479...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – UPR, AUPR, and APSW**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Harris_____Maurice_____N/A_____
              Last Name                      First                          Middle

SIGNATURE ___[signature]_____    _____