SPIVAK LIPTON LLP
Corporate Service

# UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK

## AFFIRMATION OF SERVICE



Index no : 1:25-CV-04365-JAV
Date of Purchase: 05/27/2025

| Plaintiff: | ERVIN SYLVESTER ETAL |
|---|---|
| Defendant: | CITY OF NEW YORK |

**KYLE FRIEDLAND**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **05/29/2025** at **1:26 PM**, I served the within **SUMMONS AND COMPLAINT WITH EXHIBIT A** on **CITY OF NEW YORK** a domestic corporation (one of) the **Defendant** at **100 CHURCH STREET, New York, NY 10007** in the manner indicated below:

By delivering to and leaving personally with **Ariton Marke , GENERAL AGENT** a true copy of each thereof.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Perceived gender | Perceived race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | WHITE | BROWN | 35-45 | 5'10" | 170 |

Other Features: **Glasses**

I affirm this 2nd day of June, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

The Deponent inquired if the individual was authorized to accept service and received an affirmative response.

X_____
KYLE FRIEDLAND
License#: 2122407
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Cindy



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Ervin Sylvester, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. | |
| City of New York | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* City of New York
100 Church Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hope Pordy                                            Gregory K. McGillivary
SPIVAK LIPTON LLP                                McGILLIVARY STEELE ELKIN LLP
1040 Avenue of the Americas, 20th Flr.     1101 Vermont Ave., NW, Ste 1000
New York, NY 10018                                 Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/27/2025

/S/ V. BRAHIMI
*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*