UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ERVIN SYLVESTER et al., :

: ORDER

Plaintiffs,

: 25 Civ. 4365 (JAV) (GWG)

-v.-

:

CITY OF NEW YORK :

:

Defendant.

---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

A telephone conference with attorneys to discuss the settlement process in this matter shall take place on Thursday, July 23, 2026, at 11:00 a.m. The attorneys will be provided by email the information needed to dial in to the conference.

SO ORDERED.

Dated: July 14, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge