UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ERVIN SYLVESTER et al., :

: ORDER

Plaintiffs,

: 25 Civ. 4365 (JAV) (GWG)

-v.-

:

CITY OF NEW YORK :

:

Defendant.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

The parties shall file a joint status letter by August 25, 2026.

SO ORDERED.

Dated: July 23, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge